**SHA-1 Hash:** DDD535C0C54E46380D01DE38C02F3CB7DE8CEECB  **Title** Performers of the Year 2012
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.32.169.99 | 7/18/2012 22:20 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.33.85.200 | 6/11/2012 15:00 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.48.190.58 | 5/13/2012 4:44 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.49.48.90 | 6/21/2012 20:57 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 68.50.207.177 | 6/26/2012 22:31 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 68.55.245.148 | 5/13/2012 4:03 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 69.137.155.233 | 5/16/2012 17:35 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 216.15.27.30 | 4/19/2012 3:07 | Washington | DC | RCN Corporation | BitTorrent |
| 9 | 71.163.74.79 | 7/24/2012 8:07 | Washington | DC | Verizon Internet Services | BitTorrent |
| 10 | 72.83.83.212 | 5/2/2012 20:51 | Washington | DC | Verizon Internet Services | BitTorrent |
| 11 | 96.231.121.107 | 5/30/2012 16:25 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC30