**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICK COLLINS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:12-cv-01391-ESH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-11, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S MOTION FOR EXPEDITED HEARING

Plaintiff, Patrick Collins, Inc., respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), filed August 23, 2012 [Dkt. #4], and states:

This is a copyright infringement case against John Doe Defendants known to Plaintiff only by an IP address. Defendant's Internet Service Providers (the "ISPs"), can correlate Defendant's IP address to a subscriber. Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court. This is a time-sensitive matter, as ISPs only retains its subscribers' identities for a short period of time. Should Plaintiff fail to timely issue a subpoena to the ISP, Defendant's information will be lost.

Plaintiff's Motion is unopposed because Defendant remains unknown and has not made an appearance in the case. Plaintiff anticipates that the hearing will take no longer than one (1) hour.

WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

Dated: September 24, 2012

>Respectfully Submitted,
>
>By: /s/ *Jon A. Hoppe*
>Jon A. Hoppe, Esquire #438866
>Counsel
>Maddox, Hoppe, Hoofnagle &
>Hafey, L.L.C.
>1401 Mercantile Lane #105
>Largo, Maryland 20774
>(301) 341-2580

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>/s/ *Jon. A. Hoppe*
>Jon A. Hoppe