**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PATRICK COLLINS, INC.,

    Plaintiff,

v().                                           Civil Action No. 1:12-cv-01391-ESH

JOHN DOES 1-11,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 1 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 1 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 1 was assigned the IP Address 68.32.169.99. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 1 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 6, 2012

                                          Respectfully submitted,

                                          By:   /s/ *Jon A. Hoppe*
                                          Jon A. Hoppe, Esquire
                                          jhoppe@mhhhlawfirm.com
                                          MADDOX, HOPPE, HOOFNAGLE &
                                          HAFEY, L.L.C.
                                          1401 Mercantile Lane #105
                                          Largo, Maryland 20774
                                          Phone: 301-341-2580
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jon A. Hoppe*
      Jon A. Hoppe