UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PATRICK COLLNS, INC.**

        *Plaintiff*,

   v.                               Civil Action No. 12-1391 (ESH)

**John Does 1–11,**

        *Defendants*.

## ORDER

Upon consideration of plaintiff's Second Motion for Extension of Time Within Which To Serve John Doe 5, and finding that plaintiff has shown good cause for its failure to serve John Doe 5 to date, it is hereby

**ORDERED** that the Court will extend the time for service upon John Doe 5 until February 20, 2013; and it is further

**ORDERED** that on or before February 20, 2013, plaintiff must either file with the Court proof that defendant John Doe 5 has been served with a summons and complaint, or provide the Court with a written explanation for why service of process has not been completed. If plaintiff

fails to comply with this order, or if the Court determines that plaintiff has not shown good cause for the failure to serve John Doe 5, this case will be dismissed without prejudice.[1]

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 22, 2013

---

[1] John Doe 5 is the only remaining defendant at this point.  Plaintiff voluntarily dismissed John Does 1 and 8 on November 6, 2012 and November 30, 2012 respectively.  Proof of service on the remaining John Does (Does 2-4, 6, 7, and 9-11) was due on or before December 21, 2012. Plaintiff failed to either file proof of service or provide good cause for not effectuating service on those defendants by that date, so they are no longer a part of the case.